**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CAROLYN WILLIAMS**                                                   **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO. 4:03CV88LN**

**EDWARD A. WILLIAMSON, Individually,
EDWARD A. WILLIAMSON, P.A. and
MICHAEL J. MILLER**                                        **DEFENDANTS**

## ORDER

This matter came before the court on a *sua sponte* review of the docket, which revealed that a Motion to Stay was filed on May 10, 2006, and has not been decided. The Motion sought to stay the obligation of Charles Mullins to produce documents until the disposition of his appeal to the District Judge. However, an appeal was never docketed as such. A document appearing to be Mullins's appeal was, instead, docketed only as an attachment to the Motion to Stay. Therefore, it has never been presented to the District Judge. There is no indication that Mullins pursued a decision on either his Motion to Stay or on his Application for Review; there is, likewise, no indication that the Plaintiff ever pursued the documents that he was ordered to produce. However, because the Order requiring production has never been effectively challenged, it remains in place, and the Motion to Stay that Order will be denied.

IT IS, THEREFORE, ORDERED that the Motion to Stay filed by Charles Mullins is hereby **denied**. It is further ordered that the documents earlier ordered to be produced by him shall be served on the Plaintiff on or before March 7, 2006.

IT IS SO ORDERED, this the 15th day of February, 2006.

                                                                            s/Alfred G. Nicols, Jr.
                                                    UNITED STATES MAGISTRATE JUDGE