IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CAROLYN WILLIAMS                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO. 4:03CV88LN

EDWARD A. WILLIAMSON, INDIVIDUALLY,
AND EDWARD A WILLIAMSON, P.A.,
AND MICHAEL J. MILLER                                                          DEFENDANTS

## FINAL JUDGMENT

On November 2, 2006, the jury composed of Larry W. Muse, Foreperson, and seven others returned to consider its verdict and on November 3, 2006, returned its verdict as follows:

"We, the jury, find for defendants, Edward A. Williamson, individually, Edward A. Williamson, P.A., and Michael Miller."

According to the Verdict, the claims of Carolyn Williams, Plaintiff, against the Defendants, Edward A. Williamson, individually, Edward A. Williamson, P.A., and Michael Miller, are finally dismissed with prejudice.

SO ORDERED this the 6th of November, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE